## Second District.

Loyd W. Lowe, appellee, v. W. R. Hunter et al., appellants. Gen. No. 8,562.

Opinion filed May 19, 1933. Rehearing denied June 21, 1933.

Miller & Shapiro and Eva L. Minor, for appellants. Walter C. Schneider, for appellee.

Mr. Justice Baldwin delivered the opinion of the court.

Alemite Lubricator Company of Illinois, Inc., appellee, v. R. J. Bryhn, Inc., appellant. Gen. No. 8,591.

Opinion filed May 19, 1933.

Swan Lindskold and B. A. Knight, for appellant. C. A. Pedderson, for appellee.

Mr. Justice Baldwin delivered the opinion of the court.

Laura Christie and John Christie, appellees, v. Eddie Brouillette and Leona Brouillette, appellants. Gen. No. 8,602.

Opinion filed May 19, 1933.

John A. Mayhew, for appellants. A. L. and C. M. Granger, for appellees.

Mr. Justice Baldwin delivered the opinion of the court.

The People of the State of Illinois ex rel. Carter Euziere, trading as Leon Euziere Company, appellee, v. William Rice, appellant. Gen. No. 8,605.

Opinion filed May 19, 1933. Rehearing denied June 21, 1933.

Hunter & Minor, for appellant. A. L. and C. M. Granger, for appellee.

Mr. Justice Baldwin delivered the opinion of the court.

B. A. Schmahl, appellee, v. A. F. Jeanblanc et al., appellants. Gen. No. 8,608.

Opinion filed May 19, 1933.

Edward E. Wingert, for appellants; George W. Hunt, of counsel. H. A. Brooks and F. M. Kaufman, for appellee.

Mr. Justice Baldwin delivered the opinion of the court.